1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   PAUL LARRY MACK

6

                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,    )    2:11-CR-0262-02- WBS
                                 )
11             Plaintiff,        )    STIPULATION AND [PROPOSED]
                                 )    ORDER
12        v.                     )
                                 )    Date:  February 13, 2012
13  PAUL LARRY MACK,             )    Time:  9:30 a.m.
                                 )    JUDGE: Hon. William B. Shubb
14             Defendant.        )
                                 )
15  _____ )

16       It is hereby stipulated and agreed to between the United States of

17  America through JASON HITT, Assistant U.S. Attorney, and defendant,

18  PAUL MACK, by and through his counsel, BENJAMIN GALLOWAY, Assistant

19  Federal Defender, that the status conference set for Monday, January

20  23, 2012, be vacated and reset for a change of plea hearing on Monday,

21  February 13, 2012 at 9:30 a.m..

22     The reason for this continuance is to allow defense counsel

23  additional time to review discovery with the defendant, to examine

24  possible defenses and to continue investigating the facts of the case.

25  In addition, the parties have reached a tentative resolution of this

26  case and a related state case and need additional time to finalize the

27  plea agreement.

28

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the change of plea hearing set for February 13,

3  2012, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to

4  prepare] (Local Code T4).

5

6  DATED: January 20, 2012        Respectfully submitted,

7                                 DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /s/ Benjamin Galloway
9                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   PAUL LARRY MACK
11

12
   DATED: January 20, 2012        BENJAMIN B. WAGNER
13                                 United States Attorney

14                                 /s/ Benjamin Galloway for
                                   JASON HITT
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

3      The above stipulation of the parties is accepted.  The status

conference as to defendant Paul Larry Mack set for January 23, 2012, is

4

VACATED.  This case is ordered to be re-calendared on February 13, 2012

5

at 9:30 a.m., for a change of plea.

6

7      The court finds, based on the reasons stated above, that the

interests of justice served by granting this continuance outweigh the

8

interests of the defendant and the public in a speedy trial.

9

10

DATED:   January 20, 2012

11

12                          WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28